# United States Court of Appeals
## For the First Circuit

No. 17-2065

UNITED STATES OF AMERICA,

Appellee,

v.

SHAWN SAYER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on February 22, 2019, is amended as follows:

On the cover page: replace "February 22, 2018" with "February 22, 2019"